**Order entered July 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00926-CV

### IN RE KIMBERLY BAILEY, Relator

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-55177-05**

## ORDER

The Court has before it relator's petition for writ of mandamus. We request that real

party in interest and respondent file any responses to the petition by July 22, 2013.

/s/     MICHAEL J. O'NEILL
        JUSTICE